Judge: Rebecca R. Pallmeyer
Magistrate Judge: Young B. Kim
Filed: 12/26/12
Case: 12cv10300
emt

# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**

MDL No. 2272

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −133)

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 775 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 26, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ EUNICE M. TEJEDA
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

December 26, 2012

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**                    MDL No. 2272

**SCHEDULE CTO−133 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 2 | 12−02884 | Wilhelminia Cherry v. Zimmer Inc et al | 12cv10276 |
| CAC | 2 | 12−05339 | Lynette Jean Hanson v. Zimmer Inc et al | 12cv10277 |
| CAC | 2 | 12−05340 | Gordon Melvin v. Zimmer Inc et al | 12cv10278 |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 1 | 12−01559 | Fenn v. Zimmer Holdings, Inc. et al. | 12cv10279 |
| **COLORADO** | | | | |
| CO | 1 | 12−03101 | Strain v. Zimmer, Inc. et al | 12cv10280 |
| **DISTRICT OF COLUMBIA** | | | | |
| DC | 1 | 12−01791 | RUBENSTEIN v. ZIMMER HOLDINGS, INC., ET AL | 12cv10281 |
| **ILLINOIS CENTRAL** | | | | |
| ILC | 3 | 12−03252 | Selzer v. Zimmer, Inc. et al | 12cv10282 |
| **INDIANA NORTHERN** | | | | |
| INN | 3 | 12−00681 | Kallsen et al v. Zimmer Inc et al | 12cv10283 |
| **INDIANA SOUTHERN** | | | | |
| INS | 3 | 12−00167 | LICHTENBERGER v. ZIMMER, INC. et al | 12cv10284 |
| **KANSAS** | | | | |
| KS | 6 | 12−01357 | Perry et al v. Zimmer, Inc. et al | 12cv10285 |
| **KENTUCKY WESTERN** | | | | |

KYW      3      12−00683      Hall v. Zimmer, Inc. et al      12cv10287

LOUISIANA WESTERN

LAW      3      12−02607      Taylor v. Zimmer, Inc. et al      12cv10289

MICHIGAN EASTERN

MIE      2      12−14994      Sippert et al v. Zimmer, Inc. et al      12cv10290

MICHIGAN WESTERN

MIW      1      12−00947      Comage v. Zimmer, Inc. et al      12cv10291

MISSOURI EASTERN

MOE      4      12−02062      Boy et al v. Zimmer, Inc. et al      12cv10292
MOE      4      12−02221      Fleury v. Zimmer, Inc. et al      12cv10293
MOE      4      12−02222      Herron et al v. Zimmer, Inc. et al      12cv10294

NEVADA

NV      2      12−02052      Perry v. Zimmer, Inc. et al      12cv10295

NEW JERSEY

NJ      1      12−06819      ZIMMER NEXGEN KNEE IMPLANT PRODUCTS      12cv10296
                            LIABILITY LITIGATION et al v. ZIMMER, INC. et
                            al
NJ      2      12−05045      FUENTES et al v. ZIMMER, INC. et al      12cv10297

NEW YORK NORTHERN

NYN      6      12−01404      Ceresoli v. Zimmer, Inc. et al      12cv10298

NEW YORK SOUTHERN

NYS      7      12−06993      Hurley v. Zimmer, Inc. et al      12cv10299

NEW YORK WESTERN

NYW      1      12−01203      Koenig et al v. Zimmer, Inc., et al      12cv10300

OHIO NORTHERN

OHN      1      12−02618      Hughes v. Zimmer, Inc., et al      12cv10301
OHN      3      12−02272      Miller v. Zimmer, Inc. et al      12cv10302
OHN      5      12−02914      McWhorter v. Zimmer Inc. et al      12cv10303

OHIO SOUTHERN

OHS      2      12−00709      Heckathorn et al v. Zimmer, Inc. et al      12cv10304

OREGON

| OR | 3 | 12−01172 | Spencer v. Zimmer, Inc. et al | 12cv10305 |

PENNSYLVANIA EASTERN

| PAE | 2 | 12−05252 | TUGGLE v. ZIMMER, INC. et al | 12cv10306 |
| PAE | 2 | 12−05699 | MORRIS et al v. ZIMMER, INC. et al | 12cv10307 |